**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6084**

———————

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

     v.

SHIRLEY ANN ROGERS,

                 Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior District Judge.  (6:12-cr-00857-GRA-1)

———————

Submitted:  April 17, 2014         Decided:  April 22, 2014

———————

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shirley Ann Rogers, Appellant Pro Se.  William Corley Lucius, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shirley Ann Rogers appeals the district court's order denying her motion seeking modification of her sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Rogers, No. 6:12-cr-00857-GRA-1 (D.S.C. Dec. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2